# United States Bankruptcy Court
## Western District of New York

| | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Latini, Michael Christopher** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA Member of Communicate Wireless, LLC, FDBA @ Wireless** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6487** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**11Pheasant Hollow**<br>**Pittsford, NY**<br>ZIP Code **14534** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Monroe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9    ☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Latini, Michael Christopher** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)            Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Latini, Michael Christopher** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Christopher Latini**
_____
Signature of Debtor **Michael Christopher Latini**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 27, 2006**
_____
Date

### Signature of Attorney

**X** **/s/ David H. Ealy, Esq.**
_____
Signature of Attorney for Debtor(s)

**David H. Ealy, Esq. 2020832**
_____
Printed Name of Attorney for Debtor(s)

**TREVETT CRISTO SALZER & ANDOLINA P.C.**
_____
Firm Name

**Two State Street
Suite 1000
Rochester, NY 14614**
_____
Address

**(585) 454-2181  Fax: (585) 454-4026**
_____
Telephone Number

**April 27, 2006**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C.*

```
@ WIRELESS ENTERPRISES, INC.
50 Methodist Hill
Suite 1500
Rochester, NY 14623


ACCOUNTING FOR SMALL BUSINESS, INC.
3300 Monroe Avenue, Suite 100B
Rochester, NY 14618


ADA, MATTHEW
212 Hill Crest Manor
Utica, NY 13501


ADELPHIA
1000 Firehouse Road
P.O. Box 105
Utica, NY 13503-0105


ADELPHIA
355 Chicago Street
Buffalo, NY 14204-2090


ADT SECURITY SERVICES INC.
P.O. Box 96175
Las Vegas, NV 89193


ALFIERI, MARK C.
901 Main Street
Suite 6515
Dallas, TX 75202


ALLEN, KEVIN
272 Crimson Bramble Road
Rochester, NY 14623


ALLIANCE BARTER
1595 Elmwood Avenue
Rochester, NY 14620


ALLTEL
Attn: Wireline Financial Svc.
10100 Sardis Crossing Drive
Charlotte, NC 28270
```

AMERICA'S WIRELESS COMPANY
1246 Niagara Falls Blvd.
Tonawanda, NY 14150


AMERICAN EXPRESS
P.O. Box 297871
New York, NY 10285-3885


AMERICAN EXPRESS
P.O. Box 297871
Fort Lauderdale, FL 33329-7871


ANTHONY, ROBERT
13 Anderson Circle
Auburn, NY 13021


ATI AUTOMOTIVE
c/o Wireless Zone
34 Industrial Park Place
Middletown, CT 06457


BANK OF AMERICA
R11-102-15-01
111 Westminster Street
Providence, RI 02903


BANK OF AMERICA
P.O. Box 7047
Dover, DE 19903-7047


BANK OF AMERICA MERCHANT SERVICES
WA2-505-01-40
P.O. Box 2485
Spokane, WA 99210-2485


BARNETT, JOYCE
2680 Nunnery Road
Skaneateles, NY 13152


BENDERSON DEVELOPMENT
570 Delaware Avenue
Buffalo, NY 14202

BENNET, GREGORY
1490 Attridge Road
Churchville, NY 14428


BERRY, RAYMOND
2631 North Tamiami Trail #27
North Fort Myers, FL 33903


BIRGIOTTA, VINCENT
15 Kelsey Place
Jamestown, NY 14701


BOCK, CAITLIN C.
19 Courtney Circle
Pittsford, NY 14534


BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202-1355


BRANDOU, MICHAEL C.
158 East Terrence Ave.
Lakewood, NY 14750


BURGENHAGEN, CHRIS
6021 Railroad Street
Clarence Center, NY 14032


BUTLER, GENE
c/o Butler Associates
14505 Torrey Chase
Suite 325
Houston, TX 77014


BYERS, CHRISTOPHER
3649 Ridge Road
Lockport, NY 14094


CAMERON GROUP, LLC
6007 Fairlakes Road
Suite 100
East Syracuse, NY 13057

CAPSOURCES, INC.
14505 Torrey Chase
Suite 325
Houston, TX 77014


CARONE CONTRACTING
4 Elton Street
Rochester, NY 14623


CBUSASEARS
133200 Smith Road
Cleveland, OH 44130


CELLCO PARTNERSHIP
c/o Verizon Wireless
180 Washington Valley Road
Bedminster, NJ 07921


CELLSTAR, LTD.
1730 Briercroft Court
Carrollton, TX 75006


CERTEGY CHECK SERVICES INC.
P.O. Box 30038
Tampa, FL 33630-3038


CFO CAPITAL PARTNERS
437 Fox Road, First Floor
Bridgeport, NY 13030


CHASE BANK USA, N.A.
800 Brooksedge Blvd.
Westerville, OH 43081-2895


CHOICE ONE COMMUNICATIONS
100 Chestnut Street, Suite 800
Rochester, NY 14604


CID DIVISION OF WASTE MANAGEMENT
10860 Olean Road
Chaffee, NY 14030


CITIZENS AUTOMOBILE FINANCE, INC.
1 Citizens Dr.
Riverside, RI 02915

CLASSIC WOODWORKING
416 St. Paul Street
Rochester, NY 14605


COIL, KENT C.
26 Dahlia Drive
Fairport, NY 14450


COLESON, MYLA E.
P.O. Box 14A
Sugar Grove, PA 16350


COMPLETE PAYROLL PROCESSING
171 Sully's Trail, Suite 201
Pittsford, NY 14534


CROZIER, MARILYN
2392 Sourwood Drive
Baldwinsville, NY 13027


CULLER, MICHAEL J.
277 Elmwood Terrace
Rochester, NY 14620


DALY, REBECCA
40 Newell Road
Apt. 5
East Palo Alto, CA 94303


DANZA, WILLIAM
235 Black Walnut Drive
Rochester, NY 14615


DATA GUARD SYSTEMS, INC.
Attn: Timothy Maliyil, President
10 Magazine Street, Suite 707
Cambridge, MA 02139


DEBARTOLO CAPITAL PARTNERSHIP
National City Center
115 West Washington Street
Indianapolis, IN 46204

DELL FINANCIAL SERVICES
Attn: Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


DENIGRO JR., FRANK
1588 Albany Road
Frankfort, NY 13340


DENNIS M. PENMAN, RECEIVER
Prime Outlets at Niagara Falls, USA
One Town Center
501 John James Audugon Pkwy.
Amherst, NY 14228


DEVELOPERS DIVERSIFIED REALTY
3400 Enterprise Parkway
Beachwood, OH 44122


DIPASQUALE, JENNIFER L.
6037 Monopoli Drive
Cicero, NY 13039


DIRECT TECHNOLOGIES, LLC
Attn: Robert Pine
9 Fairway Drive
Auburn, NY 13021


DISALVO, MATT
6037 Monopoli Path
Cicero, NY 13039


DISCOVER FINANCIAL SERVICES
248 Chapman Road
Newark, DE 19702-5425


DOWNEY, SHEILA
5677 Williamson Parkway
Cicero, NY 13039


DRAXL, PHILIP J.
54 Camelot Court
Canandaigua, NY 14424

DRISCOLL-LATINI, JAMIE
11 Pheasant Hollow
Pittsford, NY 14534


DUKETT, CAROL S.
3299 Lake Avenue
Rochester, NY 14612


EARLE, SARAH A.
212 Riverine Road
Liverpool, NY 13090


EASTVIEW MALL, LLC
c/o Wilmorite
1265 Scottsville Road
Rochester, NY 14624


ELDRIDGE FOX AND PORETTI
c/o Robert Poretti
180 Canal View Road
Suite 100
Rochester, NY 14623


FABER, JASON B.
8520 Route 5 and 20
Apt. 3
Bloomfield, NY 14469


FINGER LAKES FEDERAL CREDIT UNION
27 Seneca Street
Geneva, NY 14456


FINGERLAKES MALL,LLC
c/o George Greenfeld & Associates
124 Johnson Ferry Road
Atlanta, GA 30328


FINO, MARK A.
165 Cazenovia Street
Buffalo, NY 14210


FIRST NATIONAL MERCHANT SOLUTIONS
P.O. Box 2196
Omaha, NE 68103-0196

```
FIRST PREMIER BANK
900 W. Delaware St.
Sioux Falls, SD 57104-0347


FISCHER, DEBBIE
302 Allen Road
North Syracuse, NY 13212


FOWLER, JENNIFER M.
10 Lafayette Street
Frewsburg, NY 14738


FRONTIER
P.O. Box 23008
Rochester, NY 14692-3008


FRONTIER COMMUNICATIONS
P.O. Box 20567
Rochester, NY 14602-0567


FRONTIER TELEPHONE OF ROCHESTER
Attn: Bankruptcy Dept.
180 S. Clinton Avenue
Rochester, NY 14646


GARRITANO, JENNIFER
202 Church Street
Newark, NY 14513


GIBSON, WILLIAM J.
3515 Oneida Street
Chadwicks, NY 13319


GLAZER & KAMEL
1207 East Grant Street
3rd Floor
Elizabeth, NJ 07201


GLENMONT MDC
c/o Eastern Hills
P.O. Box 827678
Philadelphia, PA 19182
```

GMAC FINANCIAL SERVICES
5700 Crooks Road
Suite 300
Troy, MI 48098


GOODWIN & BRYAN, LLP
P.O. Box 221406
Cleveland, OH 44122-0999


GREAT NORTHERN SPE, LLC
1265 Scottsville Road
Rochester, NY 14624


GREECE RIDGE MALL,LLC
c/o Wilmorite
1265 Scottsville Road
Rochester, NY 14624


GROFF, ROBERT
35 Seneca Circle
Canandaigua, NY 14424


GROSZKOWSKI JR., KENNETH J.
47 White Tail Run
Grand Island, NY 14072


HALL, JAMIE
778 Moore Road
Kirkville, NY 13082


HANDLEY, JIM
51 Sable Run
East Amherst, NY 14051


HARRINGTON, P.
6007 Portage Road
Mayville, NY 14757


HESS, KATHLEEN
95 Demeter Drive
Apt. E
Rochester, NY 14626

```
HOUSE, KRISTIN M.
122 South Seward Avenue
Auburn, NY 13021


HOUSE, SHERRI
S 108 Oak Creek Town
Auburn, NY 13021


IKC, CPA
1500 HSBC Building
Rochester, NY 14614


INFOSONICS
5880 Pacific Center Blvd.
San Diego, CA 92121


INLAND US MANAGEMENT LLC
13068 Collections Center Drive
Chicago, IL 60693


INLAND US MANAGEMENT LLC
45 Wintonbury Avenue, Suite 311
Bloomfield, CT 06002


INLAND WESTERN NEW HARTFORD ORCHARD, LLC
The Orchard
Commercial Drive and Clinton Street
New Hartford, NY 13413


INNOVATIVE PROGRAM GROUP, INC.
2920-B Brownsboro Road
Louisville, KY 40206


INTERNAL REVENUE SERVICE
Insolvency Group I
Niagara Center, 2nd Floor
130 South Elmwood
Buffalo, NY 14202


JAFFE & ASHER, LLP
600 Third Avenue
New York, NY 10016-1901
```

JARRELL, RASHID A.
207 Wood Road
Rochester, NY 14626

JEREBECK, CRAIG
50 Methodist Hill
Rochester, NY 14623

JONES LASALLE AMERICAS, INC.
3424 Peachtreet Road N.E.
Sutie 300
Atlanta, GA 30326

KASSIS SUPERIOR SIGNS CO., INC.
6699 Old Thompson Road
Syracuse, NY 13211

KENRON INDUSTRIES
700 South Avenue
Rochester, NY 14620

KIOSKO
130 Middlesex Road
Tyngsboro, MA 01879

KLINE, ETHEL
114 Proctor Avenue
Buffalo, NY 14216

KOCH, JASON J.
27 Marie Street, Upper
Buffalo, NY 14225

KOEHLER, LARRY R.
130 Chadduck Street
Buffalo, NY 14207

LATINI, MICHAEL J. & CAROL
107 Turquoise Trail
Syracuse, NY 13219

LATTIMORE III, PAUL
290 Woodcliffe Drive
Fairport, NY 14450

LEASE FINANCE GROUP, LLC
233 N. Michigan, Suite 1800
Chicago, IL 60601


LEO J. ROTH CORPORATION
841 Hold Road
Webster, NY 14580


LONGDEN, DENISE
1826 Route 12
Central Square, NY 13036


LOOMIS, NICOLE
273 Deur Street
Oswego, NY 13126


LYON, ANGELA
230 East Main Street
Victor, NY 14564


LYON, JESSE L.
230 East Main Street
Victor, NY 14564


M&T BANK
P.O. Box 767
Buffalo, NY 14240-0767


M&T BANK
P.O. Box 62146
Baltimore, MD 21264-2146


M&T MORTGAGE CORPORATION
One Fountain Plaza
Buffalo, NY 14203


MACERICH, INC.
1175 Pittsford Victor Road
Suite 220
Pittsford, NY 14534


MAIER, RONALD
700 South Avenue
Rochester, NY 14620

MANUFACTURERS & TRADERS TRUST
499 Mitchell Street
MS 501-34
Millsboro, DE 19966-9408


MARTIN, ELISA
29 Jewelberry Drive
Rochester, NY 14603


MBNA AMERICA CHECKMATE
P.O. Box 17054
Mail Stop 1333
Wilmington, DE 19884-0001


MCARTHUR AND ASSOCIATES
14505 Torrey Chase, Suite 325
Houston, TX 77014


MCGILLICUDDY, DANIEL
875 Curran Road
Shortsville, NY 14548


MCHELLENY, BILL
50 Briarwood Lane
Rochester, NY 14626


MEEHAN, DAVE A.
2450 County Road 28
Apt. 2C
Canandaigua, NY 14424


MELQUIST, ADAM
3205 Burton Road
Jamestown, NY 14701


MENDYK, JORDAN R.
51 Ashbury Place
Depew, NY 14043


MENTER, RUDIN & TRIVELPIECE, PC
Attn: Frances Grimaldi, Esq.
500 Salina Street
Suite 500
Syracuse, NY 13202

MILLER, DAVE
5873 Maralago Lane
Brewerton, NY 13029


MJ PETERSON
One Towne Center
501 John  James Audubon Parkway
Amherst, NY 14228


MONROE WIRELESS, LLC
170 Office Parkway
Pittsford, NY 14534


MONTEVERDE, DAVID
158 Berkeley Street
Rochester, NY 14607


MORETTA, MARK
301 Argus Drive
Depew, NY 14043


MORGANTE, LEAMARIE P.
253 Woodshire Court
Getzville, NY 14068


MOUNTAIN DEVELOPMENT
P.O. Box 827678
Philadelphia, PA 19182


MULLEN, PATRICK
664 Wall Street
West Winfield, NY 13491


NATIONAL FUEL
P.O. Box 4103
Buffalo, NY 14264


NATIONAL GRID
300 Erie Boulevard West
Syracuse, NY 13202


NCOA - SELECT INC.
21000 Boca Bio Road
STA A-12
Boca Raton, FL 33433

NCS
P.O. Box 24101
Cleveland, OH 44124


NEELIN, JAMES
556 Middle Road
Henrietta, NY 14467


NEW YORK STATE DEPT. OF TAX & FINANCE
Bankruptcy Unit
P. O. Box 5300
Albany, NY 12205-0300


NEW YORK STATE FAIR
Industrial Exibit Authority
581 Fair Blvd.
Syracuse, NY 13209-1560


NEWEX COMMUNICATIONS
1246 Niagara Falls Blvd.
Tonawanda, NY 14150


NIAGARA CONSTRUCTION CO., INC.
126 East Niagara Street
P.O. Box 188
Tonawanda, NY 14151-0188


NICHOLAS, MATTHEW E.
9101 Greiner Street
Clarence, NY 14031


NIELSON, JOSHUA
2011 Five Mile Line Road
Penfield, NY 14526


NIXON PEABODY LLP
Attn: David R. Mowry, Esq.
Clinton Square
P.O. Box 31051
Rochester, NY 14603-1051


NYSEG
P.O. Box 5240
Binghamton, NY 13902-5240

O'HORA, JAMES
37 Alden Avenue
Auburn, NY 13021


OLON, LUCAS S.
101 Cleveland Street
Liverpool, NY 13088


OVERACKER, STEPHEN
30 Camborne Circle
Fairport, NY 14450


PAINE, ELIZABETH
64 Hardwicke Drive
Solvay, NY 13209


PALAZZO, MARK J.
9 Eaton Court
Pittsford, NY 14534


PALMER ELECTRIC INC.
P.O. Box 243
Syracuse, NY 13212-0243


PCMP, LLC
170 Tobey Office Park
Pittsford, NY 14534


PENN TRAFFIC COMPANY
P.O. Box 4737
Syracuse, NY 13221-4737


PEPPLER, ROBIN
49 Chedell Place #3
Auburn, NY 13021


PIGNATA, ANGELO
89 Kearney Drive
Rochester, NY 14617


PILARSKI, BRADLEY R.
81 Lordan Drive
Cheektowaga, NY 14225

PINE, ROBERT
9 Fairway Drive
Auburn, NY 13021


PITTSFORD CAPITAL GROUP
170 Tobey Office Park
Pittsford, NY 14534


PITTSFORD CAPITAL MORTGAGE PARTNERS, LLC
170 Tobey Village Office Park
Pittsford, NY 14534


PITTSFORD CAPITAL, LLC
170 Tobey Office Park
Pittsford, NY 14534


PRAZNIK, MICHAEL J.
2 Cambridge Manor
Apt. 10
Clinton, NY 13323


PRESIDENTIAL LIFE INSURANCE COMPANY
500 Helendale Road #260
Rochester, NY 14609


PUTLAR, PRAVEEN
2520 S. King Drive
Chicago, IL 60616


PYRAMID MANAGEMENT COMPANY
The Clinton Exchange
Four Clinton Square
Syracuse, NY 13202


RECEIVABLE MANAGEMENT SERVICES
P.O. Box 20543
Lehigh Valley, PA 18002


RELIN, GOLDSTEIN & CRANE, LLP
28 East Main Street
Suite 1800
Rochester, NY 14614

RETRIEVER PAYMENT SYSTEMS
20405 State Highway 249
Suite 700
Houston, TX 77070


ROBBINS II, KEVIN
7300 Cedarpost Road
Liverpool, NY 13088


ROBERTS, JOSEPH
2042 Lanson Road #1
Phoenix, NY 13135


ROCKER, COLBY J.
2308 Chancery Lane
Liverpool, NY 13090


RODRIGUEZ, JOSE
P.O. Box 132
Jamestown, NY 14701


ROMAN, LOUISE
78 Brookline Lane
Rochester, NY 14616


SACCO, GERTRUDE
7066 E. Taft Road
East Syracuse, NY 13057


SANFORD, LISA
5991 Deerspirngs Road
Cicero, NY 13039


SCHWOCK, JASON J.
7315 Pendale Drive
North Tonawanda, NY 14120


SCOMA, AARON
19 Euclid Avenue
Jamestown, NY 14701


SEETHARAM, LILITHIA
5833 Invincible Drive
Jamesville, NY 13078

SELECTIVE INSURANCE COMPANY OF AMERICA
40 Wantage Avenue
Branchville, NJ 07890


SHULT, KRISTEN
125 Shanley Street
Cheektowaga, NY 14206


SIMON CAPITAL GP
National City Center
115 West Washington Street
Indianapolis, IN 46204


SIMON CAPITAL GP
6129 Paysphere Circle
Chicago, IL 60674


SIMPLEX GRINELL
50 Technology Drive
Westminster, MA 01441


SIMPLEX GRINELL
Dept. CH 10320
Palatine, IL 60055-0320


SKOWRON, KELLY L.
2070 Rush Mendon Road
Rush, NY 14543


SLAVER, PAMELA S.
301 Meadowbrook Circle
Fulton, NY 13069


SMITH, DAVID
15 Erringtom Terrace
Orchard Park, NY 14127


SMITH, GREG J.
1174 State Road 264
Phoenix, NY 13135


SMITH, TERRAINA S.
2091 Hudson Avenue
Apt. B
Rochester, NY 14617

SPARKS, EDWIN
6458 Conesus Springwater Road
Conesus, NY 14435


SPEARS, ROBERT
11 Briar Way
Fairport, NY 14450


STRATEGY ADVERTISING SOLUTION
5758 Merry Street
Verona, NY 13478


SUMMIT COLLECTION SERVICES, INC.
P.O. Box 306
Ho Ho Kus, NJ 07423-0306


SWARTZ, DAVID
4830 Sandstrom Road
Ashville, NY 14710


SYRACUSE UNIVERSITY
Attn: Real Estate Office
Skytop Office Building
Syracuse, NY 13244-5300


TAYLOR, CHERYL
7268 Mongomery Lane
Victor, NY 14564


TESORIERO, TIMOTHY J.
84 Minnesota Avenue
Buffalo, NY 14214


TESSCO TECHNOLOGIES
P.O. Box 8500-54588
Philadelphia, PA 19178


THE BONADIO GROUP
171 Sully's Trail, Suite 201
Pittsford, NY 14534


THE MARKET PLACE
c/o Wilmorite
1265 Scottsville Road
Rochester, NY 14624

THOMAS, KRISTINA
15 Thrush Field Way
Pittsford, NY 14534


TIME WARNER CABLE
P. O. Box 994
Buffalo, NY 14270-0994


TONTARKSI, ALEXA Z.
36 Mckay Run
West Henrietta, NY 14586


TOOLEY, STEPHEN P.
9600 Silver Creek South Dayton
Forestville, NY 14062


TOSHIBA BUSINESS SOLUTIONS
230 Plank Road
Newburgh, NY 12550


TRESCOTT, JEFFREY
P.O. Box 875
Moravia, NY 13118


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


VALENTINE & KEBARTAS, INC.
P.O. Box 325
Lawrence, MA 01842


VALENTINO, STEVEN
86 Greenbriar Circle
Geneva, NY 14456


VAN VLEIT, GORDON
416 St. Paul Street
Rochester, NY 14605


VANCASSLE, CORY
4100 West Lake Road
Canandaigua, NY 14424

```
VERIZON
Attn: Bankruptcy Specialist
6360 Thompson Road
PO Box 6360, Fir 1
Syracuse, NY 13206


VERIZON
Attn: Bankruptcy Specialist
6360 Thompson Road
P.O. Box 6360, Fir 1
Syracuse, NY 13206


VERIZON WIRELESS
Attn: Bankruptcy Specialist
6360 Thompson Road
PO Box 6360, Fir 1
Syracuse, NY 13206


WAITE, RICHARD
137 Camic Road
Central Square, NY 13036


WALL, GRANT
7531 Gold Star Drive
Port Byron, NY 13140


WASTE MANAGEMENT OF SYRACUSE
4521 Steelway Blvd. North
Liverpool, NY 13090


WASTE MANAGEMENT OF UTICA
2003 Bleecker Street
Utica, NY 13503


WASTE MANAGEMENT, INC.
10860 Olean Road
Chaffee, NY 14030


WEAVER, TABITHA M.
1696 Stone Road
Apt. 4
Rochester, NY 14615


WEBSTER, STEPHEN E.
1595 Elmwood Avenue
Rochester, NY 14620
```

WEGMANS FOOD MARKETS
Attn: Legal Dept.
1500 Brooks Avenue
P. O. Box 30844
Rochester, NY 14603-0844


WESTERMAN, BRYAN
3128 Acorn Drive NE
Bemidji, MN 56601


WESTON, GARY L.
100 Harwin Drive
Rochester, NY 14622


WILMORITE, INC.
1265 Scottsville Road
Rochester, NY 14624


WINN, R. CONNOR
532 Benton Street
Rochester, NY 14620


WIRELESS XCESSORIES GROUP, INC.
1840 County Line Road
Huntingdon Valley, PA 19006


WOODS OVIATT GILMAN, LLP
2 State Street, Suite 700
Rochester, NY 14614


ZAPPIA, JOSEPH
1200 Pittsford-Victor Road
Pittsford, NY 14534


ZARCONE, JIM
59 Donna Road
Rochester, NY 14606